however, furnished the parties with a memorandum for their information only, setting forth the reasons for this order. We affirm the judgments pursuant to Rule 84.16(b).

**In the Interest of D.C.G., a minor.**

**Jacquelyn Belinda Perkins, Respondent,**

v.

**N.M.G., Appellant.**

**No. ED 77436.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 26, 2000.

Connie S. Hood, Clayton, for appellant.

Rita M. Montgomery, Montgomery Hollie & Associates, L.L.C., St. Louis, for respondent.

Before CRANE, P.J., JAMES R. DOWD, J., and ROBERT E. CRIST, Sr.J.

### ORDER

PER CURIAM.

Mother appeals from the judgment of the trial court terminating her parental rights to her child. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. Murphy v. Carron, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties

have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed under Rule 84.16(b).